Bobby Saadian, SBN 250377
Thiago Coelho, SBN 324715
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GHIRARDELLI CHOCOLATE COMPANY, a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:19-cv-10061-JFW-AGR<br><br>*Assigned for all purposes to Hon. John F. Walter*<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Brett DeSalvo ("Plaintiff"), hereby notifies the Court that the claims of Plaintiff have settled on an individual basis. A notice of dismissal with prejudice of Plaintiffs' individual claims will be filed upon execution of a formal settlement agreement. Plaintiff reserves a right to reopen within thirty (30) days if a settlement is not finalized.

Dated: January 22, 2020                **WILSHIRE LAW FIRM**

/s/ *Thiago M. Coelho*
Thiago M. Coelho
Bobby Saadian
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, January 22, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5-3.2.1.

Dated: January 22, 2020            */s/ Thiago M. Coelho*
                                                                            Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137