1  Bobby Saadian, SBN 250377
2  Thiago Coelho, SBN 324715
   **WILSHIRE LAW FIRM**
3  3055 Wilshire Blvd., 12th Floor
4  Los Angeles, California 90010
   Telephone: (213) 381-9988
5  Facsimile: (213) 381-9989

6  *Attorneys for Plaintiff*

7

8                    **UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10  BRETT DESALVO, individually and       CASE No.:  2:19-cv-10061-JFW-AGR
    on behalf of all others similarly
11  situated,                             *Assigned for all purposes to Hon. John F.*
                                          *Walter*
12                      Plaintiff,

13       v.                               **NOTICE OF DISMISSAL**

14

15  GHIRARDELLI CHOCOLATE
    COMPANY, a California corporation;
16  and DOES 1 to 10, inclusive,

17                      Defendants.

18

19

20

21

22

23

24

25

26

27

28

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Brett DeSalvo ("Plaintiff") by and through his undersigned counsel hereby voluntarily dismiss all claims and causes of action asserted individually on behalf of Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Parties shall bear their own fees and costs.

Dated: February 24, 2020                    WILSHIRE LAW FIRM


/s/ *Thiago M. Coelho*
Thiago M. Coelho
Bobby Saadian
**WILSHIRE LAW FIRM**
*Attorneys for Plaintiff*

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, February 24, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system per Civ. L.R. 5-3.2.1.


Dated: February 24, 2020                    /s/ *Thiago M. Coelho*
                                            Thiago M. Coelho

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

2

NOTICE OF DISMISSAL
Case No.: 2:19-cv-10061-JFW-AGR